MARIA DORAZIO, as Administratrix of the Estate of FRANCESCO DORAZIO, Deceased, Respondent, v. NEW YORK TELEPHONE COMPANY et al., Appellants, et al., Defendants.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

ESTATES OF SANDS POINT, INC., et al., Respondents, v. TOWN OF NORTH HEMPSTEAD, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.